**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Quatase J. Jenrette, Appellant.

Appellate Case No. 2021-001108

———

Appeal From Horry County
Michael G. Nettles, Circuit Court Judge

———

Unpublished Opinion No. 2024-UP-166
Submitted April 1, 2024 – Filed May 8, 2024

———

**APPEAL DISMISSED**

———

Appellate Defender Jessica M. Saxon, of Columbia, and
Quatase J. Jenrette, pro se, both for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Attorney General Mark Reynolds Farthing,
both of Columbia, for Respondent.

———

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.